

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00193-CV

IN RE 2400 WEST MARSHALL, LLC

RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 096-271100-14

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied.

PER CURIAM

PANEL:  DAUPHINOT, J.; LIVINGSTON, C.J.; and GARDNER, J.

DELIVERED:  June 25, 2015

---

[1]See Tex. R. App. P. 47.4, 52.8(d).